FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAGDALENE TEEARS, Personal Representative of the Estate of Matthew Teears, | No. 2:24-CV-00392-SAB |
| Plaintiff, | **ORDER DISMISSING** |
| v. | **DEFENDANT RILEY** |
| COUNTY OF SPOKANE; JOHN NOWELS, Spokane County Sheriff, in his individual and professional capacity; DAVIS FRENCH, Spokane County Deputy, in his individual and professional capacity; RYAN NELSON-FELVARG, Spokane County Deputy, in his individual and professional capacity; THOMAS WALTON, Spokane County Deputy, in his individual and professional capacity; RILEY SULLIVAN, Spokane County Deputy, in his individual and professional capacity; MICHAEL SULLIVAN, Spokane County Deputy, in his individual and professional capacity; DEPUTY | **SULLIVAN WITH PREJUDICE** |

**ORDER DISMISSING DEFENDANT RILEY SULLIVAN WITH PREJUDICE** ~ 1

AMBER TYLER, in her individual and professional capacity; and CANINE JAGER,

Defendants.

Before the Court is the parties' Stipulated Motion for Order of Dismissal as to Defendant Riley Sullivan with Prejudice and Without Costs, ECF No. 42. Plaintiff is represented by Douglas D. Phelps. Defendants are represented by Heather C. Yakely.

The parties stipulate and request the Court dismiss Defendant Riley Sullivan, with prejudice and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion for Order of Dismissal as to Defendant Riley Sullivan with Prejudice and Without Costs, ECF No. 42, is **GRANTED**.

2.    Defendant Riley Sullivan is **DISMISSED with prejudice** from this matter. There shall be no costs or fees to any party.

3.    The District Court Clerk shall update the docket accordingly.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 17th day of July 2026.

Stan Bastian
Chief United States District Judge

**ORDER DISMISSING DEFENDANT RILEY SULLIVAN WITH PREJUDICE ~ 2**